UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NADINE RUDIS** | **CIVIL ACTION NO. 6:20-CV-00013** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ANDREW M. SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 17. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** for further administrative action. On remand, the Commissioner is instructed to (a) consider whether the claimant's borderline age requires a different disability finding at Step Five of its analysis; (b) reevaluate the claimant's residual functional capacity in light of all her impairments, whether severe or not; and (c) fully develop the record by obtaining

a functional analysis from a treating physician and a consultative examination by a psychologist or psychiatrist. On remand, the claimant shall be allowed to update the record and to testify at another hearing.

This judgment is final for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 5th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE